IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRIS EVANS,

    Plaintiff,

vs.                                          CASE NO.: 4:05cv315-SPM/AK

CUMBIE CONCRETE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation for Dismissal (doc. 16) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 3rd day of April, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge